

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, May 20, 2015

No. 04-14-00643-CR

Lonnie Price,
Appellant

v.

The State of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9144
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), asserting there are no meritorious issues to raise on appeal, and has informed the appellant of his right to file his own *pro se* brief. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App. —San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless appellant files a *pro se* brief. In an order issued April 27, 2015 this court informed appellant of his right to request a copy of the record in accordance with *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014). Appellant timely filed a written request for a copy of the record and a motion for extension of time to file a pro se brief.

Accordingly, it is ORDERED that appellant shall be promptly provided with a copy of the appellate record. It is further ORDERED that appellant's Motion for Extension is GRANTED. Appellant's *pro se* brief is due **within thirty (30) days** from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a *pro se* brief, the State may file a responsive brief no later than thirty (30) days after the date the appellant's *pro se* brief is filed in this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.



Keith E. Hottle
Clerk of Court